Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

United States Courts
Southern District of Texas
F I L E D

MAY 07 2020

David J. Bradley, Clerk of Court

|  |  |
|---|---|
| SEE ATTACHED | Case No. _____ |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | (to be filled in by the Clerk's Office) |
| -v- | |
| HARRIS COUNTY SHERIFF DEPARTMENT | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                            *SEE ATTACHED*

All other names by which
you have been known:

ID Number

Current Institution

Address

|  | City | State | Zip Code |
|---|---|---|---|

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    HARRIS COUNTY ~~JAIL~~ *SHERIFFS OFFICE*

Job or Title *(if known)*

Shield Number           UNKNOWN

Employer                HARRIS COUNTY STATE OF TEXAS

Address                 701 SAN JACINTO

                        HOUSTON          TX    77002

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                            _____
    Job or Title *(if known)*    _____
    Shield Number           _____
    Employer                _____
    Address                 _____

                              _____
                          *City*         *State*         *Zip Code*
                      ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name                            _____
    Job or Title *(if known)*    _____
    Shield Number            _____
    Employer                _____
    Address                 _____

                              _____
                          *City*         *State*         *Zip Code*
                      ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

CRUEL AND UNUSUAL PUNISHMENT, PRESUMPTION OF INNOCENSE &
VIOLATION OF PRISONERS CIVIL RIGHT, VIII & XIV AMENDMENTS
                                    8TH   14TH
                                        UNITED STATES
                                        CONSTITUTION

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

OFFICAL OPPRESSION, VIOLATION OF PRISONERS CIVIL RIGHT

III.  **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)*        SEE ATTACHED

IV.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

1200 BAKER STREET CELL # 3A2B, HARRIS COUNTY JAIL
SUPPLIES HOUSTON TX 77002
STARTED, APRIL 25, 2020 THRU STILL NO SUPPLIES

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**C.**   What date and approximate time did the events giving rise to your claim(s) occur?

SATURDAY, APRIL 25, 2020

**D.**   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IE. MOP & BROOM

SEVERAL INMATES

8 DAYS WITHOUT MOP & BROOM

HAVE REQUESTED AND ASKED FOR CLEANING SUPPLIES ON SEVERAL OCCASIONS AND SENT REQUEST AND GRIEVENCES BUT WE HAVE NOT RECCEIVED ANY. AND SEVERAL INMATES HAVE GOTTEN SICK AND HAVE BEEN REMOVED FROM OUR CELL. (ILL WITH THE COVID-19) WE'VE BEEN CLEANING USING OUR OWN PERSONAL TOWELS AND RAGS TO PREVENT THE SPREAD.

**V.** Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

A MR. DELGADO WAS REMOVED FROM OUR CELL SICK HE WAS REMOVED. WE ARE ALL SUFFERING FROM MENTAL ANGS, DURESS, STRESS, HOSTILITY, FROM GUARDS. THEY GAVE US A BROOM THEN TOOK IT AWAY FROM US THE VERY NEXT DAY AND WE ARE UNDER QUARANTINE. WITH NO OUTSIDE ACCESS TO SUPPLIES. MENTAL HEALTH TREATMENT FOR SOME TO

**VI.** Relief   A DEGREE (3) INMATE HAVE BEEN REMOVED WHO WERE SICK.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"SEMI" at the least

WE WANT CLEANING SUPPLIES FOR FLOOR & SHOWER AND A PRIVATE RESTROOM AREA.

$1,700,000 DIVIDED EQUALLY FOR PAIN & SUFFERING MENTAL DURESS ANXIETY FEAR, & STRESS

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

HARRIS COUNTY JAIL   CELL 3A2B   1200 BAKER STREET   HOUSTON, TX 77002

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
     concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

FILED ON THE KIOSK

2.   What did you claim in your grievance?

THAT WE HAVE HAD NO MOP & BROOM FOR OVER
SIX DAYS AND I TOLD THE POD JAILER & CLEANING
SUPPLIES AND SHIFT SUPERVISOR.

3.   What was the result, if any?

NONE

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If
     not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

    1.     If there are any reasons why you did not file a grievance, state them here:

    2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. FIRST - VERBAC - MR. JONES, REGIS, PAYAN AMOUNG OTHERS. SECOND - ME MR. TROXELL & REGIS SENT REQUEST FROM KIOSK, THIRD - MR. TROXELL & REGIS SENT GRIEVANCES AND CALLED FAMILY MEMBERS AS WELL.

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    _____
    Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition.  _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.   *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   JOSHUA   AARON   TROXELL

Defendant(s)   SHERIFF   MARK   DAVIS

2.   Court *(if federal court, name the district; if state court, name the county and State)*

UNITED STATES EASTERN DISTRICT COURT   EAST TEXAS

3.   Docket or index number

1

4.   Name of Judge assigned to your case

HONORABLE   JUDGE   CRONE / HAWTHORN

5.   Approximate date of filing lawsuit

DECEMBER 15, 2019

6.   Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

**IX.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____   *"SEE ATTACHED"*

Signature of Plaintiff        _____

Printed Name of Plaintiff   _____

Prison Identification #       _____

Prison Address                 _____

_____

|  | City | State | Zip Code |
|---|---|---|---|

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney       _____

Printed Name of Attorney   _____

Bar Number                     _____

Name of Law Firm            _____

Address                          _____

_____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number           _____

E-mail Address                 _____

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff/Petitioner* | ) | Civil Action No. _____ |
| v. | ) | |
| _____ | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed In District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:   $ _____ .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:   _____

_____
*Applicant's signature*

_____
*Printed name*

EX.

FULL NAME  PRISONER STATUS (1)

SPN / CELL   ADDRESS/~~DATE~~ ZIP of 3

DATE    SIGNATURE

① JOSHUA AARON TROXELL PRE TRIAL DETAINEE

01945862 / 3A2B 1200 BAKER STREET / 77002

MAY 4TH 2020

② Omar Suarez PRE TRIAL DETAINEE

02958479 / 3A2B 1200 BAKER STREET / 77002

MAY 4TH 2020 Omar Suarez

③ Daryl Hatter Pre trial Detainee

00783883 / 3A2B 1200 Baker Street / 77002

MAY 4th 2020 Daryl Hatter

④ THomas Martinez Pretrail detainee

01484362 / 3A2B 1200 Backer St

May 4th 2020. Tomas Martin, III

3. MAY 04 2020 Jones Dennis 00542899 Jones Dennis / 3A2B

5t ~~————————~~ CONVICTED STATE PRISONER ◯ S

⑥ Raul Zermeño Barcia PRE TRIAL DETAINEE

02979167 / 3A2B 1200 BAKER STREET / 77002

MAY 4TH 2020 Raul PRE-TRAIL

⑦ Michael Morales # 01799991 3A2B S/4/20 Michael Morales

⑧ Alex Regis Convicted & Sentenced State

02637309 / 3A2B 1200 Baker St. 77002

⑨ ROBERT PAYAN CONVICTED & SENTENCED STATE Prisoner

01799241 3A2B 1200 BAKER ST 77002

Pg 2 of 3

10) Jose Cantarero
02978320 / 3A2B
mayo 4th 2020

Pre TRIAL Detainee
1200 BAKER st / 77002

11) Jorge MAR
02648558 / 3A2B
may 4th 2020

Pre Trial Detainee
1200 BAKER st / 77002

12) Juan Jose Solorio
02886287
May 4th 2020

pre trial Detainee
1200 baker st 77002

13) Michael Moore
02755472
May 4th. 2020

Pre Trial Detainee
1200 Baker St / 77002

14) David Ramos
00350060
MAy 4 2020

Pre Trial / detnin
1200 BAKer

15) Billy Jenkins
00 52250
5     2020

Pretrial detainee
120 Baker St.

(16) Godwin Bloomer-Igbokwe
02795704/3A2B        pre-Trial detainee
                    1200 Baker St/77002
                    Godwin Bloomer

(17) Mateo DeDios          PRE TRIAL DETAINEE
    02149740           1200 Baker street 77002
    5/4/20             Mateo DeDios